

# DAUPHIN COUNTY
## PENNSYLVANIA

## Property & Taxes

### Information for Property 13-015-037-000-0000, Tax Year 2017

**I Want To...**
- Dauphin County Website
- Dauphin County GIS Interactive Maps
- Dauphin County Assessor's Page
- Dauphin County Tax Claims Page
- Dauphin County Treasurer's Page

| |< First | << Prev | **Property 1 of 3** See All | Next >> | Last >| |

**I'd Like To...**
Start a New Search

**View:**
- Assessment Info.
- Billing & Collection
- CAMA Information
- Delinquent Taxes
- Name Information
- Map/GIS

**Print:**
- Current Page
- Parcel Report

**Shop:**
- Pay Tax Claims
- View Cart (empty)

**Account Options:**
- Log In

### Property Information

**Tax Year**
2017

**Property ID**
13-015-037-000-0000

**Images** (See All)



**Township**
CITY OF HARRISBURG

**Property Use**
R03 - 2 STORY RESIDENCE

**Neighborhood**
13001 - 19th. -- 24th. ST.

**Site Address**
2026 KENSINGTON ST

**Owner Name and Address** [Show Details]
MITTERLEHNER, MAXINE ELLEN
2026 KENSINGTON ST
HARRISBURG, PA 17104-1924

**Mailing Name and Address**
MITTERLEHNER, MAXINE ELLEN
2026 KENSINGTON ST
HARRISBURG, PA 17104-1924

### Assessments

**Annual Billing**

| | Land | Building | Total | Pref. Land | Pref. Building | Pref. Total |
|---|---|---|---|---|---|---|
| Non-Exempt | 6,600 | 32,000 | **38,600** | 0 | 0 | 0 |
| Exempt | 0 | 0 | **0** | 0 | 0 | 0 |
| **Total** | **6,600** | **32,000** | **38,600** | **0** | **0** | **0** |

**Note:** Preferential assessment values are used for taxation when preferential values are greater than zero.

### Exemption/Exclusion/Clean and Green

| Type | Status | Land Amount | Building Amount | Exemption Amount | Farmstead? | Farmstead Value |
|---|---|---|---|---|---|---|

---

wEdge version 3.1 Copyright © 2009-2015, DEVNET, Inc. All rights reserved.
Copyright © 2002-2014, Dauphin County. All Rights Reserved.
HIPAA Privacy Notice | Privacy Policy | PA State Website
webmaster@dauphinc.org

County of Dauphin, Department of Information Technol
2 South Second Street, Fifth F
Harrisburg, PA 17108-1
Contact Dauphin County | County Phone Numb
Employees O

loading