

# Dauphin County Pennsylvania
## Property & Taxes

**Information for Property 13-016-014-000-0000, Tax Year 2017**

| I Want To... | | I'd Like To... |
|---|---|---|
| Dauphin County Website | |< First   << Prev   **Property 2 of 3**   See All   Next >>   Last >| | Start a New Search |
| Dauphin County GIS Interactive Maps | | **View:** |
| Dauphin County Assessor's Page | | Assessment Info. |
| Dauphin County Tax Claims Page | | Billing & Collection |
| Dauphin County Treasurer's Page | | CAMA Information |

**Property Information**

| Tax Year | Property ID | Images (See All) |
|---|---|---|
| 2017 ▼ | 13-016-014-000-0000 | |

**Township**  
CITY OF HARRISBURG

**Property Use**  
R03 - 2 STORY RESIDENCE

**Neighborhood**  
13001 - 19th. -- 24th. ST.

**Site Address**  
2023 KENSINGTON ST

**Owner Name and Address** [Show Details]  
MITTERLEHNER, DAVID M  
2026 KENSINGTON ST  
HARRISBURG, PA 17104-1924

**Mailing Name and Address**  
MITTERLEHNER, DAVID M  
2026 KENSINGTON ST  
HARRISBURG, PA 17104-1924

Delinquent Taxes  
Name Information  
Map/GIS

**Print:**  
  Current Page  
  Parcel Report  
**Shop:**  
  Pay Tax Claims  
  View Cart (empty)

**Account Options:**  
  Log In

**Assessments**

**Annual Billing**

| | Land | Building | Total | Pref. Land | Pref. Building | Pref. Total |
|---|---|---|---|---|---|---|
| Non-Exempt | 6,000 | 24,000 | **30,000** | 0 | 0 | 0 |
| Exempt | 0 | 0 | **0** | 0 | 0 | 0 |
| Total | 6,000 | 24,000 | **30,000** | 0 | 0 | 0 |

**Note:** Preferential assessment values are used for taxation when preferential values are greater than zero.

**Exemption/Exclusion/Clean and Green**

| Type | Status | Land Amount | Building Amount | Exemption Amount | Farmstead? | Farmstead Value |
|---|---|---|---|---|---|---|

wEdge version 3.1 Copyright © 2009-2015, DEVNET, Inc. All rights reserved.  
Copyright © 2002-2014, Dauphin County. All Rights Reserved.  
HIPAA Privacy Notice | Privacy Policy | PA State Website  
webmaster@dauphinc.org

County of Dauphin, Department of Information Technol  
2 South Second Street, Fifth F  
Harrisburg, PA 17108-1  
Contact Dauphin County | County Phone Numb  
Employees (

loading