# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

Pay Period Beginning Date: 04-15-2017 through Ending Date: 04-28-2017

| MAXINE E MITTERLEHNER<br>2026 KENSINGTON STREET<br>HARRISBURG, PA 17104 | Payee<br>m&t Bank | Type<br>CHECK DEPOSIT | Account #<br>xxxxxxxxxxxx6967<br>Total Amount | Amount<br>$734.52<br>$734.52 |
|---|---|---|---|---|
| **Deposit Date** **Advice #**<br>05-04-2017   412196547 | | | | |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 0 | $5.00 |

Note: State and local W4 information is not available at this time.

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $16.4800 | 80.00 | $1,318.40 | $9,327.99 | FEDERAL TAX | $126.21 | $1,251.32 |
| OVERTIME EARN | $24.7200 | 0.15 | $3.71 | $20.76 | SOCIAL SECURITY | $77.73 | $695.93 |
| MYSHARE INCT | | | $0.00 | $230.82 | PENNSYLVANIA | $31.19 | $279.28 |
| PTO PAY | | | $0.00 | $2,257.56 | PA LOCAL TAX | $20.32 | $181.93 |
| | | | | | SUI | $0.93 | $8.29 |
| PTO AVAILABLE | | 89.25 | | | INS MEDICAL * | $265.90 | $2,379.27 |
| SICK AVAILABLE | | 192.00 | | | INS DENTAL * | $20.00 | $179.82 |
| WRKDHRS | | 80.15 | | | INS STD | $12.82 | $114.82 |
| PERS HRS AVAIL | | 104.17 | | | INS LTD | $9.39 | $84.05 |
| | | | | | CRITICAL ILL * | $13.30 | $119.70 |
| | | | | | ACCIDENT * | $1.28 | $11.52 |
| | | | | | UNITED WAY | $1.00 | $8.00 |
| | | | | | INS VIS * | $5.52 | $49.67 |
| | | | | | PA LST | $2.00 | $18.00 |
| | | | | | CHECK DEPOSIT | $734.52 | $6,455.53 |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $1,322.11 | $256.38 | $331.21 | $734.52 | | Deposit No. | Amt. of Deposit |
| Year to Date | $11,837.13 | $2,416.75 | $2,964.85 | $6,455.53 | | 412196547 | $734.52 |

**Would you like to receive your W-2 online? Click here for more information.**

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

Pay Period Beginning Date: 04-01-2017 through Ending Date: 04-14-2017

MAXINE E MITTERLEHNER
2026 KENSINGTON STREET
HARRISBURG, PA 17104

| Payee | Type | Account # | Amount |
|---|---|---|---|
| m&t Bank | CHECK DEPOSIT | xxxxxxxxxxxxx6967 | $731.02 |
| | | Total Amount | $731.02 |

**Deposit Date**  **Advice #**
04-20-2017    410777124

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 0 | $5.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $16.4800 | 79.76 | $1,314.44 | $8,009.59 | FEDERAL TAX | $125.47 | $1,125.11 |
| OVERTIME EARN | $24.7200 | 0.11 | $2.72 | $17.05 | SOCIAL SECURITY | $77.36 | $618.20 |
| MYSHARE INCT | | | $0.00 | $230.82 | PENNSYLVANIA | $31.04 | $248.09 |
| PTO PAY | | | $0.00 | $2,257.56 | PA LOCAL TAX | $20.22 | $161.61 |
| | | | | | SUI | $0.92 | $7.36 |
| PTO AVAILABLE | | 77.54 | | | INS MEDICAL * | $265.90 | $2,113.37 |
| SICK AVAILABLE | | 192.00 | | | INS DENTAL * | $20.00 | $159.82 |
| WRKDHRS | | 79.87 | | | INS STD | $12.78 | $102.00 |
| PERS HRS AVAIL | | 104.17 | | | INS LTD | $9.35 | $74.66 |
| | | | | | CRITICAL ILL * | $13.30 | $106.40 |
| | | | | | ACCIDENT * | $1.28 | $10.24 |
| | | | | | UNITED WAY | $1.00 | $7.00 |
| | | | | | INS VIS * | $5.52 | $44.15 |
| | | | | | PA LST | $2.00 | $16.00 |
| | | | | | CHECK DEPOSIT | $731.02 | $5,721.01 |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $1,317.16 | $255.01 | $331.13 | $731.02 | | Deposit No. | Amt. of Deposit |
| Year to Date | $10,515.02 | $2,160.37 | $2,633.64 | $5,721.01 | | 410777124 | $731.02 |

**Would you like to receive your W-2 online? Click here for more information.**

WIRE Knowhow    Help    Terms and Conditions

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

Pay Period Beginning Date: 03-18-2017 through Ending Date: 03-31-2017

YTD STOCK PURCHASE DEDUCTIONS START OVER THIS CHECK

MAXINE E MITTERLEHNER
2026 KENSINGTON STREET
HARRISBURG, PA 17104

| Payee | Type | Account # | Amount |
|---|---|---|---|
| m&t Bank | CHECK DEPOSIT | xxxxxxxxxxxxx6967 | $733.07 |
| | | Total Amount | $733.07 |

Deposit Date: 04-06-2017
Advice #: 409358243

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 0 | $5.00 |

Note: State and local W4 information is not available at this time.

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $16.4800 | 79.80 | $1,315.10 | $6,695.15 | FEDERAL TAX | $125.90 | $999.64 |
| OVERTIME EARN | $24.7200 | 0.20 | $4.94 | $14.33 | SOCIAL SECURITY | $77.57 | $540.84 |
| MYSHARE INCT | | | $0.00 | $230.82 | PENNSYLVANIA | $31.13 | $217.05 |
| PTO PAY | | | $0.00 | $2,257.56 | PA LOCAL TAX | $20.28 | $141.39 |
| | | | | | SUI | $0.92 | $6.44 |
| PTO AVAILABLE | | 65.87 | | | INS MEDICAL * | $265.90 | $1,847.47 |
| SICK AVAILABLE | | 192.00 | | | INS DENTAL * | $20.00 | $139.82 |
| WRKDHRS | | 80.00 | | | INS STD | $12.80 | $89.22 |
| PERS HRS AVAIL | | 104.17 | | | INS LTD | $9.37 | $65.31 |
| | | | | | CRITICAL ILL * | $13.30 | $93.10 |
| | | | | | ACCIDENT * | $1.28 | $8.96 |
| | | | | | UNITED WAY | $1.00 | $6.00 |
| | | | | | INS VIS * | $5.52 | $38.63 |
| | | | | | PA LST | $2.00 | $14.00 |
| | | | | | CHECK DEPOSIT | $733.07 | $4,989.99 |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $1,320.04 | $255.80 | $331.17 | $733.07 | | Deposit No. | Amt. of Deposit |
| Year to Date | $9,197.86 | $1,905.36 | $2,302.51 | $4,989.99 | | 409358243 | $733.07 |

Would you like to receive your W-2 online? Click here for more information.

# Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.

Pay Period Beginning Date: 03-04-2017 through Ending Date: 03-17-2017

| MAXINE E MITTERLEHNER<br>2026 KENSINGTON STREET<br>HARRISBURG, PA 17104 | Payee<br>m&t Bank | Type<br>CHECK DEPOSIT | Account #<br>xxxxxxxxxxxxx6967<br>Total Amount | Amount<br>$1,133.34<br>$1,133.34 |
|---|---|---|---|---|

**Deposit Date** 03-23-2017    **Advice #** 407940141

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Single | Hourly | 0 | $5.00 |

Note: State and local W4 information is not available at this time.

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $16.4800 | 71.90 | $1,184.91 | $5,380.05 | FEDERAL TAX | $217.98 | $873.74 |
| OVERTIME EARN | $24.7200 | 0.38 | $9.39 | $9.39 | SOCIAL SECURITY | $122.09 | $463.27 |
| MYSHARE INCT | | | $0.00 | $230.82 | PENNSYLVANIA | $49.00 | $185.92 |
| PTO PAY | $16.4800 | 48.00 | $791.04 | $2,257.56 | PA LOCAL TAX | $31.92 | $121.11 |
| | | | | | SUI | $1.39 | $5.52 |
| PTO AVAILABLE | | 54.18 | | | INS MEDICAL * | $309.18 | $1,581.57 |
| SICK AVAILABLE | | 192.00 | | | INS DENTAL * | $40.00 | $119.82 |
| WRKDHRS | | 72.28 | | | INS STD | $21.50 | $76.42 |
| PERS HRS AVAIL | | 104.17 | | | INS LTD | $15.74 | $55.94 |
| | | | | | CRITICAL ILL * | $26.60 | $79.80 |
| | | | | | ACCIDENT * | $2.56 | $7.68 |
| | | | | | UNITED WAY | $1.00 | $5.00 |
| | | | | | INS VIS * | $11.04 | $33.11 |
| | | | | | PA LST | $2.00 | $12.00 |
| | | | | | CHECK DEPOSIT | $1,133.34 | $4,256.92 |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| Current | $1,985.34 | $422.38 | $429.62 | $1,133.34 | | Deposit No. | Amt. of Deposit |
| Year to Date | $7,877.82 | $1,649.56 | $1,971.34 | $4,256.92 | | 407940141 | $1,133.34 |

**Would you like to receive your W-2 online? Click here for more information.**

WIRE Flowshow    Help    Terms and Conditions