IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   DAVID M. MITTERLEHNER : CASE NO. 1:17-bk-01993 HWV
   a/k/a MIKE MITTERLEHNER :
   MAXINE E. MITTERLEHNER :
      Debtors : CHAPTER 13

## CERTIFICATE OF MAILING

I,    Bernadette A. Davis, Paralegal

of    Imblum Law Offices, P.C.

certify:

   That I am, and at all times hereinafter mentioned was, more than 18 years of age;

   That on the 8th day of August, 2017 I served a copy of the within Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines in this proceeding and Notice of Rescheduled 341 meeting of creditors, on (name and address):

CHAPTER 13 TRUSTEE
VIA E-SERVICE


Capital Region Water
100 Pine Drive
Harrisburg, PA 17103

Honorable Rebecca Margerum
185 Manors Road
Elizabethville, PA 17023

Pennsylvania Department of Revenue
PO Box 280946
Harrisburg, PA 17128

Pinnacle Health
PO Box 826813
Philadelphia, PA 19182

Pinnacle Heath
c/o Computer Credit, Inc.
PO Box 5238
Winston Salem, NC  27113

Pinnacle Health Emergency Services
PO Box 88087
Chicago, IL  60680

Pinnacle Health Observation Service
PO Box 88087
Chicago, IL  60680

Quest Diagnostic
PO Box 740775
Cincinnati, OH  45274

The City of Harrisburg
City Treasurer
10 North Second Street, Suite 103
Harrisburg, PA  17101

Verizon
c/o EOS CCA
PO Box 981002
Boston, MA  02298


the said Creditors in this proceeding by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania.

I certify under penalty of perjury that the foregoing is true and correct.


Executed on _____    _____
              (Date)                        (Signature)


  Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, Dauphin County, Pennsylvania
**State office address

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | David M. Mitterlehner | Social Security number or ITIN | xxx-xx-7790 |
| | First Name  Middle Name  Last Name | EIN | __-_____ |
| Debtor 2 (Spouse, if filing) | Maxine E. Mitterlehner | Social Security number or ITIN | xxx-xx-0334 |
| | First Name  Middle Name  Last Name | EIN | __-_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | Date case filed for chapter 13  May 12, 2017 | |
| Case number:   1:17-bk-01993-HWV | | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

12/15

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. Debtor's full name | David M. Mitterlehner | Maxine E. Mitterlehner |
| 2. All other names used in the last 8 years | aka Mike Mitterlehner | |
| 3. Address | 2026 Kensington Street<br>Harrisburg, PA 17104 | 2026 Kensington Street<br>Harrisburg, PA 17104 |
| 4. Debtor's attorney<br>Name and address | Gary J Imblum<br>Imblum Law Offices, P.C.<br>4615 Derry Street<br>Harrisburg, PA 17111 | Contact phone 717 238-5250<br>Email: gary.imblum@imblumlaw.com |
| 5. Bankruptcy trustee<br>Name and address | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone 717 566-6097<br>Email: dehartstaff@pamd13trustee.com |
| 6. Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br>Contact phone (717) 901-2800<br>Date: May 15, 2017 |

For more information, see page 2

Official Form 309I                              Notice of Chapter 13 Bankruptcy Case                                                page 1

Case 1:17-bk-01993-HWV   Doc 8   Filed 05/15/17   Entered 05/15/17 08:03:32   Desc Ch 13 First Mtg   Page 1 of 2
Case 1:17-bk-01993-HWV   Doc 28   Filed 08/08/17   Entered 08/08/17 09:16:33   Desc Main Document   Page 3 of 5

Debtor David M. Mitterlehner and Maxine E. Mitterlehner                                    Case number 1:17-bk-01993-HWV

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | June 29, 2017 at 09:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | Location:<br>Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 |
|---|---|---|
| 8. Deadlines<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | Filing deadline: August 28, 2017 |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | Filing deadline: September 27, 2017 |
| | **Deadline for governmental units to file a proof of claim:** | Filing deadline: November 8, 2017 |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline: 30 days after the *conclusion* of the meeting of creditors |
| 9. Filing of plan | The debtor has not filed a plan as of this date. A copy of the plan or summary and a notice of the hearing on confirmation will be sent separately. | |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

Debtor David M. Mitterlehner and Maxine E. Mitterlehner                                    Case number 1:17-bk-01993-HWV

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | June 29, 2017 at 09:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | Location:<br>Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 |
|---|---|---|
| 8. Deadlines<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | Filing deadline: August 28, 2017 |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | Filing deadline: September 27, 2017 |
| | **Deadline for governmental units to file a proof of claim:** | Filing deadline: November 8, 2017 |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline: 30 days after the *conclusion* of the meeting of creditors |
| 9. Filing of plan | The debtor has not filed a plan as of this date. A copy of the plan or summary and a notice of the hearing on confirmation will be sent separately. | |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

Case 1:17-bk-01993-HWV    Doc 8    Filed 05/15/17    Entered 05/15/17 08:03:32    Desc Ch 13 First Mtg    Page 2 of 2
Case 1:17-bk-01993-HWV    Doc 28    Filed 08/08/17    Entered 08/08/17 09:16:33    Desc Main Document    Page 4 of 5

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| David M. Mitterlehner<br>aka Mike Mitterlehner<br>Maxine E. Mitterlehner<br><br>Debtor(s) | Chapter 13<br><br>Case No. 1:17–bk–01993–HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above-referenced case has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: September 28, 2017<br><br>Time: 12:00 PM |

| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901–2800 | For the Court:<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 2, 2017 |