UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID M. MITTERLEHNER
AKA: MIKE MITTERLEHNER
MAXINE E. MITTERLEHNER

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

DAVID M. MITTERLEHNER
AKA: MIKE MITTERLEHNER
MAXINE E. MITTERLEHNER

CASE NO: 1-17-01993-HWV

    Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on August 8, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for failure to

– file FORM 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD,
– file FORM 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME,
– file CHAPTER 13 PLAN,

filed on or about August 8, 2017 be withdrawn. The default has been cured.

Respectfully Submitted,
  /s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 8, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID M. MITTERLEHNER
AKA: MIKE MITTERLEHNER
MAXINE E. MITTERLEHNER

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-17-01993-HWV

DAVID M. MITTERLEHNER
AKA: MIKE MITTERLEHNER
MAXINE E. MITTERLEHNER

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for Debtor, has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on August 8, 2017.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on August 8, 2017.

DAVID M. MITTERLEHNER
MAXINE E. MITTERLEHNER
2026 KENSINGTON STREET
HARRISBURG, PA  17104

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA  17111-

Respectfully Submitted,
/s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  August 8, 2017