```
United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 17-01993-HWV
David M. Mitterlehner                                           Chapter 13
Maxine E. Mitterlehner
       Debtors                    CERTIFICATE OF NOTICE

District/off: 0314-1        User: DDunbar         Page 1 of 2           Date Rcvd: Sep 22, 2017
                            Form ID: ntnew341     Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.

```
db/jdb         +David M. Mitterlehner,   Maxine E. Mitterlehner,   2026 Kensington Street,
                 Harrisburg, PA 17104-1924
4970977         CACH, LLC its successors and assigns as assignee,   of Capital One, N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4954521        +Capital Region Water,   100 Pine Drive,   Harrisburg, PA 17103-1260
4920932        +Dauphin County Tax Claim Bureau,   2 South Second Street,   Harrisburg, PA 17101-2047
4920933        +Honorable Rebecca Margerum,   185 Manors Road,   Elizabethville, PA 17023-8733
4920934        +KML Law Group PC,   Attn: Rebecca A. Solarz, Esquire,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
4920935        +Manufactures & Trade,   One Fountain Pl/3rd Fl,   Buffalo, NY 14203-1420
4920930         PA Department of Revenue,   Bureau of Individual Taxes,   Dept 280431,
                 Harrisburg, PA 17128-0431
4954524        +Pinnacle Health,   PO Box 826813,   Philadelphia, PA 19182-6813
4920937        +Pinnacle Health Emergency,   c/o Bureau of Accout Managment,   PO Box 8875,
                 Camp Hill, PA 17001-8875
4954526        +Pinnacle Health Emergency Services,   PO Box 88087,   Chicago, IL 60680-1087
4954527        +Pinnacle Health Observation Service,   PO Box 88087,   Chicago, IL 60680-1087
4954525        +Pinnacle Heath,   c/o Computer Credit, Inc.,   PO Box 5238,   Winston Salem, NC 27113-5238
4954528        +Quest Diagnostic,   PO Box 740775,   Cincinnati, OH 45274-0775
4954529        +The City of Harrisburg,   City Treasurer,   10 North Second Street, Suite 103,
                 Harrisburg, PA 17101-1679
4920939        +Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
4954530        +Verizon,   c/o EOS CCA,   PO Box 981002,   Boston, MA 02298-1002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4920929         E-mail/Text: cio.bncmail@irs.gov Sep 22 2017 18:47:26      Internal Revenue Service,   POB 7346,
                 Philadelphia, PA 19101-7346
4969678         E-mail/Text: camanagement@mtb.com Sep 22 2017 18:47:29      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
4936398         E-mail/PDF: cbp@onemainfinancial.com Sep 22 2017 18:51:19      ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
4920936        +E-mail/PDF: cbp@onemainfinancial.com Sep 22 2017 18:51:19      OneMain,   Attn: Bankruptcy,
                 601 NW 2nd St,   Evansville, IN 47708-1013
4921274        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2017 18:56:36
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4954523        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2017 18:47:32
                 Pennsylvania Department of Revenue,   PO Box 280946,   Harrisburg, PA 17128-0946
4920938        +E-mail/Text: bknotice@erccollections.com Sep 22 2017 18:47:37      Sprint,
                 c/o ERC/Enhanced Recovery Corp,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4920931         Capital One, N.A.,   removed per entry #16
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4954522*       +Honorable Rebecca Margerum,   185 Manors Road,   Elizabethville, PA 17023-8733
                                                                                TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1            User: DDunbar              Page 2 of 2                  Date Rcvd: Sep 22, 2017
                                Form ID: ntnew341          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2017 at the address(es) listed below:

              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Joint Debtor Maxine E. Mitterlehner gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor David M. Mitterlehner gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James    Warmbrodt    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS & TRADERS TRUST COMPANY
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David M. Mitterlehner
aka Mike Mitterlehner
Maxine E. Mitterlehner

Debtor(s)

Chapter 13

Case No. 1:17−bk−01993−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: October 26, 2017<br>Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17108
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DDunbar, Deputy Clerk

Date: September 22, 2017