UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID M. MITTERLEHNER
AKA: MIKE MITTERLEHNER
MAXINE E. MITTERLEHNER

        Debtor(s)        CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

        CASE NO: 1-17-01993-HWV

DAVID M. MITTERLEHNER
AKA: MIKE MITTERLEHNER
MAXINE E. MITTERLEHNER

    Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on October 23, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 521(a), 521(f) and 1307(c), due to unreasonable delay in providing the Trustee a complete copy of the 2016 Federal Tax Return.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: October 23, 2017

        Respectfully submitted,

        s/ Charles J. DeHart, III
        Charles J. DeHart, III, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        Phone: (717) 566-6097
        Fax: (717) 566-8313
        e-Mail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID M. MITTERLEHNER
AKA: MIKE MITTERLEHNER
MAXINE E. MITTERLEHNER  CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III  CASE NO: 1-17-01993-HWV
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for unreasonable delay in providing the Trustee with a complete copy of your 2016 Federal Income Tax Return.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion as indicated below. Any matter not resolved at the Trustee's Conference shall be heard at the dismissal hearing.

**CONFERENCE before Trustee:**
November 22, 2017 at 9:00 am
Dismissal Conference Room (Courtroom 2)
Ronald Reagan Federal Bldg
3rd Floor, Third and Walnut Streets
Harrisburg, PA 17101

**HEARING:**
November 22, 2017 at 09:35 AM
Ronald Reagan Federal Bldg
Bankruptcy Courtroom
3rd Floor, 228 Walnut Street
Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have provided the Trustee at the following address:
   (a) with a complete copy of your 2016 Federal income tax return including schedules and forms; or
   (b) with a statement why you were not required to file a tax return for 2016; or
   (c) with a copy of your 2016 Form 4868 filed to request an extension of the time to file your tax return.

OFFICE OF THE CHAPTER 13 TRUSTEE
SUITE A, 8125 ADAMS DRIVE
HUMMELSTOWN, PA 17036

2. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
e-Mail: dehartstaff@pamd13trustee.com

Dated: October 23, 2017

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANAI

IN RE: DAVID M. MITTERLEHNER
AKA: MIKE MITTERLEHNER
MAXINE E. MITTERLEHNER                    CHAPTER 13

         Debtor(s)

CHARLES J. DEHART, III                    CASE NO: 1-17-01993-HWV
CHAPTER 13 TRUSTEE
         Movant

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on October 23, 2017.

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111-

DAVID M. MITTERLEHNER
MAXINE E. MITTERLEHNER
2026 KENSINGTON STREET
HARRISBURG, PA 17104

        Respectfully Submitted,
        s/Vickie Williams
        for Charles J. DeHart, III, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        Phone: (717) 566-6097
        Fax: (717) 566-8313
        e-Mail: dehartstaff@pamd13trustee.com

Dated: October 23, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID M. MITTERLEHNER
AKA: MIKE MITTERLEHNER
MAXINE E. MITTERLEHNER

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

CASE NO: 1-17-01993-HWV

vs.

DAVID M. MITTERLEHNER
AKA: MIKE MITTERLEHNER
MAXINE E. MITTERLEHNER

MOTION TO DISMISS

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.