# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

November 22, 2017

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Mitterlehner, Maxine E.
Chapter 7, Bankruptcy Case No. 1:17-bk-01993 HWV

Dear Clerk:

Please be advised that the address for Maxine E. Mitterlehener has changed to the following:

1433 Third Street
Enola, PA 17025

The Debtor's <u>previous</u> address was as follows:

2026 Kensington Street
Harrisburg, PA 17104

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/bad

cc: Markian R. Slobodian (Trustee)
Via E-Service