```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 17-01993-HWV
David M. Mitterlehner                                               Chapter 7
Maxine E. Mitterlehner
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1        User: DDunbar              Page 1 of 2         Date Rcvd: Nov 28, 2017
                            Form ID: 309A              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
db             +David M. Mitterlehner,    2026 Kensington Street,    Harrisburg, PA 17104-1924
jdb            +Maxine E. Mitterlehner,    1433 Third Street,    Enola, PA 17025-2393
aty            +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
tr             +Markian R Slobodian (Trustee),    801 North Second Street,    Harrisburg, PA 17102-3210
4970977         CACH, LLC its successors and assigns as assignee,    of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4954521        +Capital Region Water,    100 Pine Drive,    Harrisburg, PA 17103-1260
4920932        +Dauphin County Tax Claim Bureau,    2 South Second Street,    Harrisburg, PA 17101-2047
4920933        +Honorable Rebecca Margerum,    185 Manors Road,    Elizabethville, PA 17023-8733
4920934        +KML Law Group PC,    Attn: Rebecca A. Solarz, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
4920935        +Manufactures & Trade,    One Fountain Pl/3rd Fl,    Buffalo, NY 14203-1420
4920930         PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                 Harrisburg, PA 17128-0431
4954524        +Pinnacle Health,    PO Box 826813,    Philadelphia, PA 19182-6813
4920937        +Pinnacle Health Emergency,    c/o Bureau of Accout Managment,    PO Box 8875,
                 Camp Hill, PA 17001-8875
4954526        +Pinnacle Health Emergency Services,    PO Box 88087,    Chicago, IL 60680-1087
4954527        +Pinnacle Health Observation Service,    PO Box 88087,    Chicago, IL 60680-1087
4954525        +Pinnacle Heath,    c/o Computer Credit, Inc.,    PO Box 5238,    Winston Salem, NC 27113-5238
4954528        +Quest Diagnostic,    PO Box 740775,    Cincinnati, OH 45274-0775
4954529        +The City of Harrisburg,    City Treasurer,    10 North Second Street, Suite 103,
                 Harrisburg, PA 17101-1679
4954530        +Verizon,    c/o EOS CCA,    PO Box 981002,    Boston, MA 02298-1002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: gary.imblum@imblumlaw.com Nov 28 2017 19:00:29      Gary J Imblum,
                 Imblum Law Offices, P.C.,    4615 Derry Street,    Harrisburg, PA 17111
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Nov 28 2017 19:00:43      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr              E-mail/Text: camanagement@mtb.com Nov 28 2017 19:00:37      M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY 14221
4920929         EDI: IRS.COM Nov 28 2017 19:03:00      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
4969678         E-mail/Text: camanagement@mtb.com Nov 28 2017 19:00:37      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
4936398         EDI: AGFINANCE.COM Nov 28 2017 19:03:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
4920936        +EDI: AGFINANCE.COM Nov 28 2017 19:03:00      OneMain,    Attn: Bankruptcy,    601 NW 2nd St,
                 Evansville, IN 47708-1013
4921274        +EDI: PRA.COM Nov 28 2017 19:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
4954523        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2017 19:00:43
                 Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
4920938        +E-mail/Text: bknotice@erccollections.com Nov 28 2017 19:00:46      Sprint,
                 c/o ERC/Enhanced Recovery Corp,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
4920939        +EDI: VERIZONEAST.COM Nov 28 2017 19:03:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4920931         Capital One, N.A.,   removed per entry #16
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4954522*       +Honorable Rebecca Margerum,    185 Manors Road,    Elizabethville, PA 17023-8733
                                                                               TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:

```
          Gary J Imblum    on behalf of Debtor 2 Maxine E. Mitterlehner gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Gary J Imblum    on behalf of Debtor 1 David M. Mitterlehner gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          James    Warmbrodt    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS & TRADERS TRUST COMPANY
           bkgroup@kmllawgroup.com
          Markian R Slobodian (Trustee)    PA49@ecfcbis.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| | **Information to identify the case:** | | | |
|---|---|---|---|---|
| Debtor 1 | **David M. Mitterlehner** | | Social Security number or ITIN | xxx–xx–7790 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Maxine E. Mitterlehner** | | Social Security number or ITIN | xxx–xx–0334 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | Date case filed in chapter **13** | **May 12, 2017** |
| Case number: | **1:17–bk–01993–HWV** | | Date case converted to chapter **7** | **November 10, 2017** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | David M. Mitterlehner | Maxine E. Mitterlehner |
| 2. | **All other names used in the last 8 years** | aka Mike Mitterlehner | |
| 3. | **Address** | 2026 Kensington Street<br>Harrisburg, PA 17104 | 1433 Third Street<br>Enola, PA 17025 |
| 4. | **Debtor's attorney**<br>Name and address | Gary J Imblum<br>Imblum Law Offices, P.C.<br>4615 Derry Street<br>Harrisburg, PA 17111 | Contact phone 717 238–5250<br><br>Email: gary.imblum@imblumlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Markian R Slobodian (Trustee)<br>801 North Second Street<br>Harrisburg, PA 17102 | Contact phone 717 232–5180<br><br>Email: PA49@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901−2800<br><br>Date: November 28, 2017 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 12, 2018 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Valid photo identification and proof of social security number are required** *** | Location:<br><br>**Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** **March 13, 2018** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**        page **2**

Case 1:17-bk-01993-HWV    Doc 45    Filed 11/30/17    Entered 12/01/17 03:06:40    Desc
Imaged Certificate of Notice    Page 4 of 4