Certificate Number: 16339-PAM-DE-030294969

Bankruptcy Case Number: 17-01993


16339-PAM-DE-030294969

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 12, 2017, at 1:43 o'clock PM EST, David Mitterlehner completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 12, 2017          By: /s/Kelley Tipton

                                 Name: Kelley Tipton

                                 Title: Certified Financial Counselor