Certificate Number: 16339-PAM-DE-030294970

Bankruptcy Case Number: 17-01993



16339-PAM-DE-030294970

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 12, 2017, at 1:43 o'clock PM EST, Maxine Mitterlehner completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 12, 2017

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor