```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 17-01993-HWV
David M. Mitterlehner                                           Chapter 7
Maxine E. Mitterlehner
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar              Page 1 of 2              Date Rcvd: Mar 15, 2018
                               Form ID: 318               Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
db             +David M. Mitterlehner,    2026 Kensington Street,    Harrisburg, PA 17104-1924
jdb            +Maxine E. Mitterlehner,    1433 Third Street,    Enola, PA 17025-2393
4970977         CACH, LLC its successors and assigns as assignee,     of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
4954521        +Capital Region Water,    100 Pine Drive,   Harrisburg, PA 17103-1260
4920932        +Dauphin County Tax Claim Bureau,    2 South Second Street,    Harrisburg, PA 17101-2047
4920933        +Honorable Rebecca Margerum,    185 Manors Road,    Elizabethville, PA 17023-8733
4920934        +KML Law Group PC,    Attn: Rebecca A. Solarz, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
4920935        +Manufactures & Trade,    One Fountain Pl/3rd Fl,    Buffalo, NY 14203-1420
4920930         PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                 Harrisburg, PA 17128-0431
4954524        +Pinnacle Health,    PO Box 826813,   Philadelphia, PA 19182-6813
4920937        +Pinnacle Health Emergency,    c/o Bureau of Accout Managment,     PO Box 8875,
                 Camp Hill, PA 17001-8875
4954526        +Pinnacle Health Emergency Services,    PO Box 88087,    Chicago, IL 60680-1087
4954527        +Pinnacle Health Observation Service,    PO Box 88087,    Chicago, IL 60680-1087
4954525        +Pinnacle Heath,    c/o Computer Credit, Inc.,    PO Box 5238,   Winston Salem, NC 27113-5238
4954528        +Quest Diagnostic,    PO Box 740775,   Cincinnati, OH 45274-0775
4954529        +The City of Harrisburg,    City Treasurer,   10 North Second Street, Suite 103,
                 Harrisburg, PA 17101-1679
4954530        +Verizon,   c/o EOS CCA,    PO Box 981002,   Boston, MA 02298-1002
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: camanagement@mtb.com Mar 15 2018 18:44:16      M&T Bank,   1100 Wehrle Drive,
                 Williamsville, NY  14221
4920929         EDI: IRS.COM Mar 15 2018 22:43:00      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
4969678         E-mail/Text: camanagement@mtb.com Mar 15 2018 18:44:16      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
4936398         EDI: AGFINANCE.COM Mar 15 2018 22:43:00      ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
4920936        +EDI: AGFINANCE.COM Mar 15 2018 22:43:00      OneMain,   Attn: Bankruptcy,    601 NW 2nd St,
                 Evansville, IN 47708-1013
4921274        +EDI: PRA.COM Mar 15 2018 22:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
4954523        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2018 18:44:18
                 Pennsylvania Department of Revenue,    PO Box 280946,   Harrisburg, PA 17128-0946
4920938        +E-mail/Text: bknotice@ercbpo.com Mar 15 2018 18:44:20      Sprint,
                 c/o ERC/Enhanced Recovery Corp,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
4920939        +EDI: VERIZONEAST.COM Mar 15 2018 22:43:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                                 TOTAL: 9

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4920931          Capital One, N.A.,    removed per entry #16
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4954522*       +Honorable Rebecca Margerum,    185 Manors Road,    Elizabethville, PA 17023-8733
                                                                                TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                      Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2018 at the address(es) listed below:

　　Gary J Imblum　　on behalf of Debtor 2 Maxine E. Mitterlehner gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
　　Gary J Imblum　　on behalf of Debtor 1 David M. Mitterlehner gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
　　James Warmbrodt　　on behalf of Creditor　M&T BANK S/B/M MANUFACTURERS & TRADERS TRUST COMPANY bkgroup@kmllawgroup.com
　　Markian R Slobodian (Trustee)　　PA49@ecfcbis.com
　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **David M. Mitterlehner** | Social Security number or ITIN xxx−xx−7790 |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Maxine E. Mitterlehner** | Social Security number or ITIN xxx−xx−0334 |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **1:17−bk−01993−HWV** | | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David M. Mitterlehner                                Maxine E. Mitterlehner
aka Mike Mitterlehner

                                                     **By the court:**   *Henry W. Van Eck* (signature)

March 15, 2018

                                                     Honorable Henry W. Van Eck
                                                     United States Bankruptcy Judge

                                                     By: DDunbar, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                       **Order of Discharge**                       page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**